```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   SLADE,
                              Plaintiff,
         -against-                                              1:20-cv-08358-ALC-JLC

   ALLEGIANCE RETAIL SERVICE, LLC,                              ORDER

                              Defendant.
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/1/2021__

**ANDREW L. CARTER, JR., United States District Judge:**

    In light of the Consent Decree entered by the parties, ECF No, 17, and so ordered by the Court, ECF No. 18, the Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

Dated: April 1, 2021
       New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**